UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-CR-00331(01) |
| VERSUS | * | JUDGE FOOTE |
| ALICE LATULA(01)<br>alias ALICE MAE BROUSSARD-LATULA<br>alias MAE BROUSSARD<br>alias JULIE NORRIS<br>alias ELKIN BROUSSARD<br>d/b/a TRIPLE J'S MARKETING | * | MAG. JUDGE HANNA |

REPORT AND RECOMMENDATION ON
FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of guilty plea and allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned United States Magistrate Judge for a change of plea hearing and allocution of the defendant, ALICE LATULA, also known as Alice Mae Broussard-Latula also known as Mae Broussard also known as Julie Norris also known as Elkin Broussard doing business as Triple J's Marketing, on February 11, 2014.  Defendant was present with her counsel Wayne J. Blanchard.

After the hearing, and for the reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that her plea of guilty is knowing and voluntary, and that her guilty plea to Count 23 of the Indictment is fully supported by a written factual basis for each of the essential elements of the offense.

Therefore, the undersigned United States Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, ALICE LATULA, also known as Alice Mae

Broussard-Latula also known as Mae Broussard also known as Julie Norris also known as Elkin Broussard doing business as Triple J's Marketing, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that she be finally adjudged guilty of the offense charged in Count 23 of the Indictment.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and F.R.C.P. Rule 72(b), the parties have **fourteen (14) days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **fourteen (14) days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the District Judge before she makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED in chambers, at Lafayette, Louisiana, this 13th day of February 2014.

PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE