UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 6:12-cr-00331(01) |
| VERSUS | JUDGE FOOTE |
| ALICE LATULA (01)<br>alias ALICE MAE BROUSSARD-LATULA<br>alias MAE BROUSSARD<br>alias JULIE NORRIS<br>alias ELKIN BROUSSARD<br>d/b/a TRIPLE J'S MARKETING | MAGISTRATE JUDGE HANNA |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, ALICE LATULA, also known as Alice Mae Broussard-Latula also known as Mae Broussard also known as Julie Norris also known as Elkin Broussard doing business as Triple J's Marketing, is ACCEPTED and she is finally adjudged guilty of the offense charged in Count 23 of the indictment, consistent with the report and recommendation.

Sentencing remains SET for June 11, 2014 at 11:30 a.m. in Lafayette before the undersigned.

Lafayette, Louisiana, this 14th day of March, 2014.

Elizabeth Erny Foote
United States District Judge